IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JANICE D. MENSCH                                                PLAINTIFF

v.                Civil No. 11-5027

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                               DEFENDANT

### O R D E R

Now on this 25th day of May, 2011, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #10), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**